# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES E. ROSE, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-2517 |
| | : | |
| GLENN GUANOWSKY, ESQ., | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 17th day of October, 2022, upon consideration of Plaintiff James E. Rose, Jr.'s Motion to Proceed *In Forma Pauperis* (ECF No. 3), and *pro se* Complaint (ECF No. 1), it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915;

2. The Complaint is **DEEMED** filed;

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Court's Memorandum;

4. Defendant's Motion to Dismiss (ECF No. 4) is **DENIED WITHOUT PREJUDICE** as moot; and

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**